UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM RUPPRECHT,            )
    Plaintiff              )
                              )
           v.              )   C.A. NO. 10-cv-30200-MAP
                              )
CITY OF PITTSFIELD, ET AL.,   )
    Defendants             )


MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION REGARDING
DEFENDANTS' MOTIONS TO DISMISS
(Dkt. Nos. 12, 15 & 19)

April 19, 2011

PONSOR, D.J.

    Plaintiff, proceeding pro se, has brought claims against the City of Pittsfield, Massachusetts, its Zoning Board of Appeals, and five City officials. All Defendants have filed motions to dismiss. These motions were referred to Magistrate Judge Kenneth P. Neiman for a Report and Recommendation.

    On March 4, 2011, Judge Neiman issued his Report and Recommendation, recommending that the motions be allowed. See Dkt. No. 19. The Recommendation explicitly admonished the parties that any objections would have to be filed within fourteen days. Id. at 6 n.2. No objection has been filed.

    Based on the foregoing, upon de novo review, the court hereby ADOPTS Judge Neiman's Report and Recommendation (Dkt.

No. 19).  The Motions to Dismiss (Dkt. Nos. 12 and 15) are hereby ALLOWED.  The basis for the court's ruling includes both the substance of Judge Neiman's Report and Recommendation, and the fact that no objection has been filed by Plaintiff.

The clerk will enter judgment for Defendants.  This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge