## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RUPPRECHT,<br>    Plaintiff(s)<br><br>           v.<br><br>CITY OF PITTSFIELD, ET AL.,<br>    Defendant(s) | )<br>)<br>)<br>)   CIVIL ACTION NO. 3:10-cv-30200 -MAP<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants City of Pittsfield, et al., against the plaintiff William Rupprecht, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                        **SARAH A. THORNTON**,
                                        CLERK OF COURT

Dated: April 19, 2011                 By /s/ *Maurice G. Lindsay*
                                                Maurice G. Lindsay
                                                Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                 [jgm.]